UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FRICO JEAN,

                                    Petitioner,

v.

TODD BLANCHE, U.S. Attorney
General; et al.,

                                    Respondents.

Case No.:  3:26-cv-3493-GPC-MSB

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS**

**[ECF No. 1]**

Petitioner is a native and citizen of Haiti who was granted Temporary Protected Status in 2023. ECF No. 1, ¶ 4. Despite his protected status, Petitioner was detained at his workplace in June 2025. *Id.* ¶ 42. The Immigration and Nationality Act provides that "[a]n alien provided temporary protected status under this section shall not be detained by the Attorney General on the basis of the alien's immigration status in the United States." 8 U.S.C. § 1254a(d)(4).

On June 11, 2026, Petitioner filed a Petition for Writ of Habeas Corpus seeking immediate release from custody. *See generally* ECF No. 1. Specifically, the petition alleges violations of the Fifth Amendment's Due Process Clause and the Immigration and Nationality Act. *Id.* ¶¶ 89-102.

26-cv-3493-GPC-MSB

Respondents have responded to the petition, indicating that they "do not oppose the petition nor an order from this Court directing release." ECF No. 4, at 1. The Court construes such a lack of opposition as a concession to the illegality of Petitioner's detention. *See Mikhailovskii v. Semaia et al.*, No. 5:26-CV-0960-DSR, 2026 WL 1196232, at *2 (C.D. Cal. Apr. 27, 2026) ("Respondents affirmatively stated in their Answer that they do not oppose the Petition, including Petitioner's due process claim. . . . Consistent with precedent, courts in this Circuit have regarded such silence as a concession."). Thus, the Court finds that Petitioner's detention violates the Immigration and Nationality Act, 8 U.S.C. § 1254a(d)(4) and Petitioner's due process rights.

**CONCLUSION**

The Court ORDERS as follows:

- The Petition for Writ of Habeas Corpus is GRANTED.[1]

- Respondents are ORDERED to release Petitioner immediately.

- RESPONDENTS are ENJOINED AND RESTRAINED from re-detaining Petitioner so long as he maintains temporary protected status.

- The Court VACATES the hearing set for July 10, 2026.

**IT IS SO ORDERED.**

Dated:  June 16, 2026

Hon. Gonzalo P. Curiel
United States District Judge

---

[1] In his prayer for relief, Petitioner requests an award of costs and reasonable attorney's fees pursuant to the Equal Access to Justice Act. This request is DENIED without prejudice. Petitioner's counsel may submit an appropriate EAJA fee application within 30 days of the issuance of this Order.

26-cv-3493-GPC-MSB